# PennCredit Corporation

Hours: Mon-Thur 8am-10pm EST
Fri 8am-8pm, Sat 8am-12pm EST
Phone: 800-900-1382

NOTICE OF COLLECTION
12/10/18

CREDITOR: Brevard County Fire Rescue
ID NUMBER: F1733152
TOTAL BALANCE DUE: $210.31

ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member

Our client has referred your delinquent account(s) referenced below for collection. Our client is serious about collecting all monies owed them and I am sure your intentions are to honor your debt. Send payment using the enclosed envelope or you may go online to http://account.penncredit.com to make payment or contact our office to pay over the phone. Contact our office if you are unable to pay the amount due.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. The important rights included above apply to each account individually and you have the right to dispute any or all of the accounts included in this notice. In the event you choose to exercise your important rights included above please indicate which account(s) you are disputing.

| SERVICE RENDERED | | SERVICE DATE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|---|
| 200 RIALTO PL | DELINQUENT EMS BILL | 2017/06/29 | 43729741 | $210.31 |



DETACH AND RETURN WITH PAYMENT TO EXPEDITE CREDIT TO YOUR ACCOUNT

P.O Box 1259, Department 91047
Oaks, PA 19456



IF PAYING BY VISA, MASTERCARD OR DISCOVER, FILL OUT BELOW

| ☐ VISA | ☐ MASTERCARD | ☐ DISCOVER |
| CARD NUMBER | | EXP. DATE |
| SIGNATURE | | AMOUNT |

Visit http://account.penncredit.com to pay your bill online.

Payments received by check will be electronically deposited, unless you pay by non-consumer type check. You may opt out of this program by paying with a money order or a travelers check. In the unlikely event your check (payment) is returned unpaid, we may elect to electronically (or by paper draft) re-present your check (payment) up to two more times. You also understand and agree that we may collect a return processing charge by the same means, in an amount not to exceed that as permitted by state law.

ID NUMBER: F1733152     12/10/18

91203 - 1170

BETH WAILES
2198 COGAN DR SE
PALM BAY FL   32909-8407

PENN CREDIT
PO Box 69703
Harrisburg, PA 17106-9703

 1 of 1

91203-NEW-1170